# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NOOSHIN ZANGENEH** and **SIAMAK ZANGENEH,**
Appellants,

v.

**NATIONSTAR MORTGAGE, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** Acting as Nominee for **AEGIS WHOLESALE CORPORATION,** and **WOODFIELD HUNT CLUB HOMEOWNER'S ASSOCIATION, INC.,**
Appellees.

No. 4D17-1277

[February 22, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie Rowe, Judge; L.T. Case No. 50-2012-CA-013887-XXXX-MB.

Alexander D. Varkas III and Robert A. Sweetapple of Sweetapple, Broeker & Varkas, PL, Boca Raton, for appellants.

Nancy M. Wallace, William P. Heller and Eric M. Levine of Akerman LLP, Tallahassee, Fort Lauderdale and West Palm Beach, for appellee Nationstar Mortgage, LLC.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*